UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR GARCIA, JR., <br><br> Petitioner, <br><br> v. <br><br> D. ASUNCION, Warden, <br><br> Respondent. | No. 1:17-cv-00890-JLT (HC) <br><br> ORDER GRANTING PETITIONER'S MOTION TO FILE OVERSIZED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION <br><br> (Doc. 2) |

On July 5, 2017, Petitioner filed an application for leave to file an oversized brief in support of his petition. Good cause appearing therefor, the Court hereby ORDERS that Petitioner's request is **GRANTED**.

IT IS SO ORDERED.

Dated: __**July 13, 2017**__  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

1